**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.:  20-00135-WS-MU |
| ANGELA FAYE KEEBLER | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, Angela Faye Keebler, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to **Counts One and Four** of the Superseding Indictment charging violations of Title 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine, and Title 18 U.S.C. § 924(c)(1)(A) – Using, Carrying or Possessing a Firearm During or in Relation to a Drug Trafficking Felony**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of each offense.  The Court therefore recommends that the plea of guilty to each count be accepted and that Defendant Angela Faye Keebler be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 21st day of January 2021.

_____s/P. BRADLEY MURRAY_____
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11th Cir. R. 3-1.