# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA         :

vs.                              :   CRIMINAL NO.: 20-00135-WS-MU

ANGELA FAYE KEEBLER              :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 24) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One and Four of the Superseding Indictment is now accepted, and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **May 18, 2021, at 10:00 a.m**.

**DONE** and **ORDERED** this 5th day of February 2021.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE